# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:07-CR-178-T-17TGW |
| | USM Number: 05409-043 |
| TIMOTHY WAYNE FERGUSON | |
| | AFPD Andrea Stubbs |
| | Defendant's Attorney |

**THE DEFENDANT:**
 X   violation 1 dismissed (state declined to prosecute)
 X   pled not guilty to violation 2 - Court found defendant guilty as to violation 2
 X   admitted guilt to violation 3-8

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 (dismissed) | New criminal conduct, Possession of Cocaine | Aug 25, 2007 |
| 2 | New criminal conduct, Tampering with Physical Evidence | Aug 25, 2007 |
| 3 | Failure to Report | Sept 6, 2007 |
| 4 | Failure to Report | Sept 17, 2007 |
| 5 | Failure to follow the instructions of the probation officer | On/Before Aug 28, 2007 |
| 6 | Positive urinalysis for Cocaine | Sept 19, 2007 |
| 7, 8 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer | On/Before Sept 4, 2007 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: October 11, 2007

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date:   October   11/11  , 2007

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page 2 of 2

DEFENDANT: TIMOTHY WAYNE FERGUSON
CASE NUMBER: 8:87-CR-178-T-17TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-FOUR (24) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

| | |
|---|---|
| X | The Court makes the following recommendations to the Bureau of Prisons: |
| (1) | Incarceration in the immediate area of Jesup, GA to be near family. |
| (2) | Intensive alcohol and substance abuse counseling. |
| (3) | Counseling with regard to interpersonal relationships. |
| (4) | Vocational evaluation and education in AutoCAD and architectural field. |

__X__ At the conclusion of the term of imprisonment, absolutely no term of supervised release to follow.

__X__ The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL